UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CECILIO GONZALEZ,<br>    Petitioner, | §<br>§<br>§ | |
| v. | § | C.A. NO. C-07-264 |
| NATHANIEL QUARTERMAN,<br>    Respondent. | §<br>§<br>§<br>§ | |

## ORDER DENYING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

On June 18, 2007, the United States Magistrate Judge filed her Memorandum and Recommendation. (D.E. 5.) Petitioner timely filed objections. (D.E. 6, 9.) Petitioner nevertheless paid the $5.00 filing fee on June 28, 2007.

Having reviewed de novo the Magistrate Judge's Memorandum and Recommendation, the pleadings on file, and defendant's objections, the Court accepts the Magistrate Judge's recommended decision.

Petitioner's application for leave to proceed *in forma pauperis* (D.E. 2) is DENIED without prejudice.

ORDERED this _____23_____ day of _____July_____, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE